AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 25-MJ-181STE | 04/17/2025 | LERInbound@TMobile.com, LERRecords@TMobile.com |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

1. (1) Response to Request Letter (T-MOBILE Tracking ID: 5587639)
2. (1) Objection Letter (T-MOBILE Tracking ID: 5587639)(Case Number: 9999)
3. (1) Billing/User info page
4. (4) Page attachment labeled CDR Quantum (Info pertaining to cell phone data requested)
5. (16) Page attachment labeled CDR Mediations (Info pertaining to cell phone data requested)

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 09/18/2025

*Executing officer's signature*

Zechariah Landa / Senior Federal Wildlife Officer
*Printed name and title*